Lucas Buckley, #6-3997
Nathan Nicholas, #7-5078
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 - fax
lbuckley@hkwyolaw.com
nnicholas@hkwyolaw.com

ATTORNEYS FOR JDF, LLC,
FTC, LLC AND AEGIS ENERGY PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DENNIS A. BLACK, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 19-CV-243-F |
| | ) |
| OCCIDENTAL PETROLEUM CORP., ET AL. | ) |
| | ) |
| Defendants. | ) |

## JD4 , LLC, FTC, LLC AND AEGIS ENERGY PARTNERS, LLC'S WITHDRAWAL OF THEIR MOTION TO QUASH SUBPOENA

COME NOW JD4, LLC ("JD4"), FTC, LLC ("FTC") AND AEGIS ENERGY PARTNERS, LLC (AEGIS), by and through undersigned counsel, and hereby withdraws their *Motion to Quash Plaintiffs' Subpoena.* In support thereof, Movants state:

1. Movants were served with a subpoena in this matter on August 6, 2021.

2. Movants filed their Motion to Quash Subpoena on August 12, 2021.

3. Since then, Movants have reached an agreement with Plaintiffs in this matter relating to the timing to respond to said subpoena. Such agreement obviates the need for Court intervention to rule on Movants' initial *Motion to Quash.*

4. An agreement with Plaintiffs notwithstanding, Movants have not had sufficient time to analyze the requests within the subpoena and therefore reserve their rights to further object, move to quash or take reasonable action with regards to the scope of the subpoenas, the undue burden presented by the subpoenas, and the potentially protected or privileged nature of documents sought.

For the Reasons stated above, JD4, LLC, FTC, LLC and Aegis Energy Partners, LLC hereby withdraw their *Motion to Quash Subpoena* issued to them by Plaintiffs in this matter.

          HATHAWAY & KUNZ, LLP

By:    */s/ Lucas Buckley*
       Lucas Buckley, #6-3997
       Nathan Nicholas, #7-5078
       HATHAWAY & KUNZ, LLP
       P. O. Box 1208
       Cheyenne, WY  82003-1208
       (307) 634-7723
       (307) 634-0985 (fax)
       lbuckley@hkwyolaw.com
       nnicholas@hkwyolaw.com

**CERTIFICATE OF SERVICE**

      This is to certify that on the 16th day of August 2021, a true and correct copy of the foregoing was served upon counsel via EM/ECF/Electronic Filing.

**Bradley L Booke**
LAW OFFICE OF BRADLEY L BOOKE
Box 13160
250 Veronica Lane #204
Jackson, WY 83002
702-241-1631
Fax: 866-297-4863
Email: brad.booke@lawbooke.com

**Cody L Balzer**
BALZER LAW FIRM
1302 Cleveland Avenue
Loveland, CO 80537
970/203-1515
Fax: 970/613-1806
Email: cody@balzerlaw.com

**J N Murdock**
MURDOCK LAW FIRM
104 South Wolcott Suite
Suite 800
Casper, WY 82601
307/235-0480
Email: jnmurdock@murdocklawfirm.com

**Justin Ashkhan Daraie**
LONG REIMER WINEGAR BEPPLER LLP
270 West Pearl, Suite 103
PO Box 3070
Jackson, WY 83001
307-635-0710
Fax: 307-635-0413
Email: jdaraie@lrw-law.com

**Kristopher C Koski**
LONG REIMER WINEGAR LLP
2120 Carey Avenue, Suite 300
Cheyenne, WY 82001
307/635-0710
Fax: 307/635-0413
Email: kkoski@lrw-law.com

**Laurence O Masson**
LAW OFFICE OF LAURENCE O MASSON
2625 Alcatraz Avenue
Suite 206
Berkeley, CA 94705
510/735-9691
Email: lomlex@gmail.com

**Robert P Schuster**
ROBERT P SCHUSTER PC
230 Veronica Lane, Suite 204
PO Box 13160
Jackson, WY 83002
307/732-7800
Fax: 307/732-7801
Email: bob@bobschuster.com

**Samuel Issacharoff**
40 Washington Square South
New York, NY 10012
212/998-6580
Email: sil3@nyu.edu

**Richard W. Clary**
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
212/474-1000
Email: bgruenstein@cravath.com

**Thomas N Long**
LONG REIMER WINEGAR BEPPLER LLP
2120 Carey Avenue, Suite 300
P O Box 87
Cheyenne, WY 82001
307/635-0710
Fax: 307/635-0413
Email: tlong@lrw-law.com

**Matthew J Micheli**
**Walter Frederick Eggers, III**
HOLLAND & HART
2515 Warren Avenue, Suite 450
P O Box 1347
Cheyenne, WY 82003
307/778-4200
Fax: 307/778-8175
Email: mjmicheli@hollandhart.com
Email: weggers@hollandhart.com

*/s/ Lucas Buckley*
Hathaway & Kunz, LLP