Matt J. Micheli, P.C. (WSB #6-3839)
Walter F. Eggers, III, P.C. (WSB #6-3150)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
mjmicheli@hollandhart.com
weggers@hollandhart.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DENNIS A. BLACK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>OCCIDENTAL PETROLEUM CORPORATION; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P ONSHORE, LLC; ANADARKO OIL & GAS 5, LLC; ANADARKO LAND CORP; AND DOE DEFENDANTS NOS. 1-10,<br><br>    Defendants. | Civil Action No. 19-CV-243-F |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS

Pursuant to U.S.D.C.L.R. 84.3(c), Matt J. Micheli and Walter F. Eggers of Holland & Hart LLP (collectively, the "withdrawing attorneys"), withdraw as counsel for Defendants in this matter. In support of this Notice, the withdrawing attorneys state:

1.  Cravath, Swaine & Moore LLP will continue to represent Defendants in this matter.

2.  Crowley Fleck PLLP of Wyoming will enter their appearance and will replace the withdrawing attorneys as local Wyoming counsel in this case.

3. The withdrawing attorneys request that the Court issue an order recognizing and approving this notice of withdrawal. A proposed form of order is attached for the Court's convenience.

Dated June 7, 2022.

                                            */s/ Walter F. Eggers, III*
                                            Matt J. Micheli, P.C. (WSB #6-3839)
                                            Walter F. Eggers, III, P.C. (WSB #6-3150)
                                            HOLLAND & HART LLP
                                            2515 Warren Avenue, Suite 450
                                            P.O. Box 1347
                                            Cheyenne, WY 82003-1347
                                            Telephone: (307) 778-4200
                                            mjmicheli@hollandhart.com
                                            weggers@hollandhart.com

19050971_v1