# EXHIBIT 1

**NOTICE WITH RESPECT TO ANTITRUST CLASS ACTION AGAINST OCCIDENTAL PETROLEUM CORPORATION, ANADARKO PETROLEUM CORPORATION, ANADARKO E&P ONSHORE LLC, ANADARKO LAND CORP., AND ANADARKO OIL & GAS 5 LLC.**

*The United States District Court for the District of Wyoming has authorized and ordered that this Notice be sent.*
*This is not a solicitation from a lawyer.*

### I.    INTRODUCTION

This Notice is being provided to potential class members who, between November 1, 2017 through October 19, 2020, may have owned unleased oil and gas minerals located in Eastern Laramie County, Wyoming within the Niobrara and/or Codell geologic formations under, in, or on lands that have Class Minerals as defined in this Notice.  If you have Class Minerals, your legal rights may be affected by the antitrust class action lawsuit, *Deselms et al. v. Occidental Petroleum Company et al.*, Case No. 19-CV-0243-F filed in the United States District Court for the District of Wyoming (the "Lawsuit").

The Lawsuit may be of benefit to you.

Your options are explained in this Notice. Please review it carefully.

NOTE: This Notice is not an expression of any opinion by the Court as to the merits of any claims or defenses asserted by any party in the Lawsuit. The Court has made no ruling on who will win the Lawsuit.

### II.   NATURE AND OVERVIEW OF THE LAWSUIT

In 2019, the Plaintiffs, a group of mineral owners in Eastern Laramie County, filed antitrust claims against Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Land Corp., and Anadarko Oil & Gas 5 LLC (collectively "the Anadarko Defendants" or "Anadarko") on behalf of similarly situated mineral owners. The Lawsuit alleged that Anadarko, the single largest non-governmental owner of minerals in Laramie County, devised an anticompetitive scheme to give itself maximum economic benefit, to the disadvantage of neighboring mineral owners and competitors who, because of the scheme, could not lease their minerals.  As part of the anticompetitive scheme, Anadarko Land Corp. would lease its minerals to one of the related Anadarko Defendants with a 30% royalty.  The leases were made by Anadarko Land Corp. to E&P Onshore, Gas 1, and Gas 5---all of which were owned by Anadarko Petroleum Corporation ("Intracompany Lease").  In the Lawsuit, the Plaintiffs alleged Anadarko's anticompetitive scheme delayed development of minerals belonging to the Plaintiffs and similarly situated mineral owners in order to preserve Anadarko's anticompetitive

advantage in obtaining leases of non-Anadarko minerals at lower lease costs and lower royalty rates, negatively impacting the Plaintiffs and similarly situated mineral owners.

Anadarko denies any wrongdoing. The Court has not ruled on the merits of the claims or defenses.

Under Federal Civil Procedure Rule 23(c)(4), United States District Court Judge Nancy D. Freudenthal entered an Order certifying a liability class with respect to Federal and State liability issues (antitrust violation and antitrust impact) against Anadarko. The class includes owners who owned or had an ownership interest in unleased minerals located in Laramie County, as defined in Section IV below. Judge Freudenthal did not certify a class action for damages at that time, though her decision does not preclude her from doing so later in the Lawsuit.

### III. WHAT IS A CLASS ACTION?

In a class action lawsuit, one or more persons called "Class Representatives" sue on behalf of other people ("Class Members") who have similar claims against the same defendants.

### IV. CLASS DEFINITION – AM I A CLASS MEMBER?

You are a member of the Class if you owned or had an ownership interest in ***Class Minerals*** during the ***Class Period*** in, on, and under the lands having Class Minerals as defined below.

***Class Minerals*** are defined as:

Oil and gas minerals, as shown by the public records of the Clerk and Recorder of Laramie County, Wyoming, that were: (a) not under an oil and gas lease to drill and operate wells during the Class Period; (b) were located in the Niobrara and/or Codell geologic formations in Laramie County, Wyoming, east of the eastern boundary of Range 67W having oil and gas pools that could be reasonably produced as demonstrated by the industry's filing of drilling and spacing applications or applications for drilling permits in at least 50% of the sections in the relevant township; and (c) located either:

    a. Within a section that had a 30% royalty Intracompany Lease covering at least 50% of the oil and gas minerals, provided the Intracompany Lease or memorandum of the Intracompany Lease was filed in the Laramie County public records disclosing the royalty rate, or

    b. In a section (or a part thereof) immediately bounded to the north, south, or both by a section in which the Anadarko Defendants had a 30% royalty Intracompany Lease as set forth in subparagraph a.

*Class Period* is defined as the time between November 1, 2017 and continuing through October 19, 2020.

**You are *not* a member of the Class if you are an owner who**:

    a. Is one of the Anadarko Defendants;
    b. Is an officer, director, or employee of one of the Anadarko Defendants;
    c. Is an entity in which one of the Anadarko Defendants has a controlling interest or is an affiliate;
    d. Is an entity controlled by a buyer of Anadarko Defendants' leases or minerals, including Cowboy Land LLC, Sweetwater Trona HoldCo LLC, and any other affiliate of Orion Mine Finance Group;
    e. Has given a valid release concerning the claims asserted in this lawsuit;
    f. Was a lessee of Class Minerals during the Class Period; or
    g. Is an affiliate of the Court.

If you are unsure whether you are included in the Class, you can get free help at www.occidentalclassaction.com, or by calling or writing the Class Counsel as explained in Section IX.

## V. CLASS CLAIMS AND THE RELIEF SOUGHT

The Class is being pursued under federal law and state law, and, at this time, has this primary purpose:

> Liability: to determine whether one or all of the Anadarko Defendants have Federal and/or State liability (antitrust violation and antitrust impact) as to the Class.

If the Court does not certify a damage class but it is found that Anadarko is liable for antitrust violation and antitrust impact, then each Class Member may seek relief in subsequent proceedings for the harm they allege was caused to them by Anadarko's unlawful practices. This individual relief may include monetary relief.

If the Court does certify a damage class, the Class Members will be given appropriate notice of the Court's decision. Should the Court certify a damage class and it is found that Anadarko is liable for antitrust violation and antitrust impact, then the Class will seek relief for the harm it alleges was caused to the Class by Anadarko's unlawful practices. The Class damage claims would include monetary relief.

## VI. WHAT ARE MY OPTIONS IF I AM A CLASS MEMBER?

You may participate in the Class or opt out of the Class.

If you are in the Class as defined in Section IV above, and you decide to participate, you do not need to do anything and will remain a member of the Class.  You will be represented by the Class Representatives (identified in Section VIII) and the Class Counsel lawyers (identified in Section IX), who will make decisions and agreements on your behalf concerning the Lawsuit.  Decisions made and agreements entered into by the Class Representatives will be binding on you throughout the Lawsuit.  Further, if Class Representatives prevail in establishing the Anadarko Defendants' liability for antitrust violations and antitrust impact, you may participate in further proceedings to separately determine your damages.  If you stay in the Class, you will give up any rights to sue the Anadarko Defendants separately about the same liability claims in the lawsuit.

### VII. MAY I OPT OUT OF THE LIABILITY CLASS?

You may opt out of the liability Class. If you wish to opt out or exclude yourself from the Class, you must act promptly and submit a Request for Exclusion to the Notice Manager that is *received* no later than November 4, 2022.  The Request for Exclusion must contain: (1) the name of this lawsuit, *Deselms, et al. v. Occidental Petroleum Corporation, et al.*, Case No. 19-CR-0243-F; (2) your name; (3) your address; and (4) a statement that you wish to opt out or exclude yourself from the Class.

You must submit the Request for Exclusion via email or mail to the Notice Manager at the email or mailing addresses set forth in Section X.

### VIII. WHO ARE THE CLASS REPRESENTATIVES?

The Court has appointed the following as Class Representatives: Anita C. Deselms, John C. Eklund, Jr., Justin W. Miller, Brandi J. Miller, Ron Rabou, and Russell I. Williams, Jr. ("Class Representatives").  The Class Representatives were involved in bringing the original lawsuit because they believed the Defendants had acted unlawfully.  The Class Representatives must adequately and fairly represent the Class Members and must consider the interests of the Class Members just as that Class Representative would consider her or his own interests.

### IX. COUNSEL FOR PLAINTIFFS AND CLASS

The Court has appointed Robert P. Schuster of Robert P. Schuster, P.C. as the lead counsel for the Class.  Mr. Schuster is the lead Counsel but the full group of Class Counsel are the following:

| | |
|---|---|
| Robert P. Schuster | Thomas N. Long |
| Bradley L. Booke | Kris C. Koski |
| Adelaide P. Myers | Aaron J. Lyttle |
| Robert P. Schuster, P.C. | Kaylee A. Harmon |
| 250 Veronica Lane, Suite 204 | Long Reimer Winegar LLP |
| P.O. Box 13160 | 2120 Carey Ave., Suite 300 |
| Jackson, Wyoming 83002 | Cheyenne, WY 82001 |
| | |
| Laurence O. Masson | J.N. Murdock |
| Law Office of Laurence O. Masson | Murdock Law Firm, LLC |
| 2625 Alcatraz Avenue, # 206 | 104 South Wolcott Street, Suite 800 |
| Berkeley, California 94705-2702 | Casper, Wyoming 82601 |
| | |
| Cody L. Balzer | Samuel Issacharoff |
| Balzer Law Firm, P.C. | 40 Washington Square South |
| 1302 Cleveland Avenue | New York, New York 10012 |
| Loveland, Colorado 80537 | |

If you have questions about whether you are in the Class or wish to speak with Class Counsel about any other issue, please contact Nick Murdock at:

Murdock Law Firm, LLC
104 South Wolcott Street, Suite 800
Casper, Wyo 333-5444
(307) 333-5444
classmembership@occidentalclassaction.com

Mr. Murdock may have other persons contact you to help with your questions.

**You will not be charged by these lawyers for their work in the Lawsuit.**  The Class Counsel may request from the Court an award for attorneys' fees and expenses that would be paid by Anadarko.

### X.  NOTICE MANAGER

Signal Interactive Media, LLC ("Signal") has been selected to act as a Notice Manager, and will provide notice of the Class Action to Class Members, receive any Requests for Exclusion, and compile a list of the Class Members who did not file Requests for Exclusion which shall be provided to the Court.  In a declaration submitted to the Court before the Class was certified, Signal indicated how it would seek to provide notice and facilitate participation

in the Class. You may find that declaration and other information concerning the Class at www.occidentalclassaction.com. The address, email address, and other contact information for the Notice Manager are:

Signal Interactive Media, LLC
P.O. Box 1048
Cheyenne,
WY 82003

classmembership@occidentalclassaction.com

## XI.   DO YOU NEED TO GET YOUR OWN LAWYER?

Class Counsel set forth in Section IX will represent the Class Representatives, you, and other Class Members in all aspects of the liability Class. Therefore, you are not required to hire your own lawyer with regard to issues raised in the liability Class. You may hire your own lawyer at your own expense to appear in Court for you as to issues raised in the liability class if you wish.

As explained in Section V, if it is determined that Anadarko is liable for antitrust violation and antitrust impact and the Court has not certified a class action for damages, you may be entitled to pursue your own personal action for damages against Anadarko and can use your own attorney to recover your damages. If there is no certification of a class for damages and, through Class Counsel, it has been determined that Anadarko is liable for antitrust violation and antitrust impact, you will be appropriately informed of those circumstances at which time you may wish to hire your own lawyer.

If you have any questions about this Notice, or about the Lawsuit, you may review case information and certain of the Court's orders and filings available at the case website maintained by Class Counsel at occidentalclassaction.com.

## XII.   LEAD COUNSEL FOR THE ANADARKO DEFENDANTS

The attorneys representing the Anadarko Defendants are:

| | |
|---|---|
| Benjamin Gruenstein | Darin Boyd Scheer |
| Katherine B. Forrest | Timothy M. Stubson |
| Samantha Hall | Crowley Fleck PLLP |
| Benjamin Wylly | 111West Second Street, Suite 220 |
| Cravath, Swaine & Moore LLP | Casper, Wyoming 82601 |
| 825 Eighth Avenue | |
| New York, New York 10019 | |

As members of the Class are represented by Class Counsel, Class Members should not contact Anadarko or Anadarko's attorneys regarding this Notice, the Class, or the Lawsuit.

## XIII.  FURTHER INFORMATION

If you have any questions about this Notice, the Lawsuit, or your rights, you may contact Class Counsel at the number and address listed at Section IX.

Court filings and the Court's Orders are available online through the Notice Manager at occidentalclassaction.com.  For a fee, you may also access those filings and Court Orders on the Court's public access system, known as PACER, at www.pacer.gov.

<u>PLEASE DO NOT CONTACT THE JUDGE, THE COURT, OR THE COURT CLERK WITH QUESTIONS ABOUT THE LAWSUIT OR THIS NOTICE</u>