IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF WYOMING

| | |
|---|---|
| Anita C. Deselms, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 19-CV-243-F |
| | ) |
| Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Oil & Gas 5, and Anadarko Land Corp., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Oil & Gas 5, and Anadarko Land Corp. (collectively "Defendants"), by and through their undersigned counsel, respectfully move the Court for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, and request that all of Plaintiffs' claims be dismissed with prejudice.

There is no genuine issue as to any material fact, and Defendants are entitled to judgment as a matter of law. FED. R. CIV. P. 56(a). This motion is supported by the accompanying memorandum and statement of undisputed facts, as well as the previous filings cited in the memorandum. The memorandum also references and incorporations portions of the contemporaneously filed memorandum in support of Defendants' Motion to Exclude the Expert Opinions of Jeffrey Harrison and Certain Expert Opinions of Abraham Wickelgren.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 19, 2023. | /s/ Ross MacDonald |

Kathy Patrick
Barrett Reasoner
Ross MacDonald
Michael Davis
Mark Doré
GIBBS & BRUNS LLP
1100 Louisiana St., Ste. 5300
Houston, TX 77002
Telephone: (713) 650-8805
kpatrick@gibbsbruns.com
breasoner@gibbsbruns.com
rmacdonald@gibbsbruns.com
mdavis@gibbsbruns.com
mdore@gibbsbruns.com

Darin Scheer
Timothy M. Stubson
CROWLEY FLECK PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
Telephone: (307) 265-2279
dscheer@crowleyfleck.com
tstubson@crowleyfleck.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that this document and its attachments were served on all counsel of record on this 19th day of December, 2023.

/s/ Ross MacDonald
Ross MacDonald

1